6773.　DINKINS *v.* THE STATE.

BROYLES, J. 1. Motions for new trials because of alleged newly discovered evidence are not favored by reviewing courts; and when as in this case, such evidence is merely cumulative and impeaching in its character, a new trial will not be granted.

2. The evidence fully sustained the verdict.　　*Judgment affirmed.*

DECIDED OCTOBER 26, 1915.

Accusation of sale of liquor; from city court of Eastman—Judge Neese. June 30, 1915.

*W. M. Morrison,* for plaintiff in error.

*J. H. Roberts, solicitor,* contra.